**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Thomas JOHNSON, Defendant–
Appellant.**

**No. 04–1425.**

United States Court of Appeals,
Seventh Circuit.

Submitted May 18, 2005.

Decided May 19, 2005.

Gabriel A. Fuentes, Office of the United States Attorney, Chicago, IL, for Plaintiff–Appellee.

Richard H. Parsons, Jonathan E. Hawley, Office of the Federal Public Defender, Peoria, IL, for Defendant–Appellant.

* After an examination of the briefs and the record, we have concluded that oral argument is unnecessary. Thus, the appeal is

Before FLAUM, Chief Judge,
EASTERBROOK, and ROVNER, Circuit Judges.

### Order

The United States has confessed error in this appeal, in light of *United States v. Booker*, —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). Moreover, the United States concedes that (a) the issue was preserved in the district court, and (b) the error is not harmless. Accordingly, the sentence is vacated, and the case is remanded for resentencing consistent with the remedial procedure laid out in *Booker.*